# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| KEYMIAN CRISP, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br>v.<br><br>TRUSTY OAK INSURANCE AGENCY LLC,<br><br>Defendant. | Case No. 1:26-cv-01287<br><br>**NOTICE OF SPECIAL APPEARANCE** |

Please take notice that the undersigned Anthony Paronich hereby enters a notice of special appearance as attorney for Plaintiff Keymian Crisp in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, Karl S. Gwaltney.

I certify that I will submit any document to Local Civil Rule 83.1(d) attorney for review prior to filing the document with the court.

This the 30th day of October, 2026.

**BY:** *<u>/s/ Anthony I. Paronich</u>*
Anthony I. Paronich
M.A. State Bar No. 678437
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

*Counsel for Plaintiff*

*<u>/s/ Karl S. Gwaltney</u>*
Karl S. Gwaltney
NC Bar. No. 45118
Maginnis Howard
7706 Six Forks Road, Suite 101
Raleigh, NC 27615
Tel: (919) 526-0450

Fax: (919) 882-8763
kgwaltney@carolinalaw.com

*Local Civil Rule 83.1(d) Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2026, the foregoing Notice of Special Appearance was filed through the Court's CM/ECF system on all parties having entered an appearance in this matter.

*/s/ Anthony I. Paronich*
ANTHONY I. PARONICH