**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**Docket No.: 1:26-cv-01287**

| | |
|---|---|
| KEYMIAN CRISP, *individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>TRUSTY OAK INSURANCE AGENCY LLC,<br><br>Defendant. | **VOLUNTARY DISMISSAL**<br>***WITHOUT PREJUDICE*** |

NOW COMES Plaintiff Keymian Crisp, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and hereby voluntarily dismisses without prejudice the claims filed in this Action.

This the 23rd day of November, 2026.


**MAGINNIS HOWARD**

*/s/ Karl S. Gwaltney*
KARL S. GWALTNEY
N.C. State Bar No. 45118
7706 Six Forks Road, Suite 101
Raleigh, North Carolina 27615
Telephone: 919-526-0450
Fax: 919-882-8763
kgwaltney@carolinalaw.com

*Local Civil Rule 83.1(d) Counsel for Plaintiff*

Anthony I. Paronich
M.A. State Bar No. 678437
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

*Notice of Special Appearance Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2026, the foregoing Voluntary Dismissal without Prejudice was filed through the Court's CM/ECF system on all parties having entered an appearance in this matter.

**MAGINNIS HOWARD**

*/s/ Karl S. Gwaltney*
KARL S. GWALTNEY